UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Joseph Johnson, | Civil No. 05-159 (RHK/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| Special Agent Josh Florell, Officer Steve Parshall, Officer Mark Sletta, Officer Any Stender, U.S. Assistant Attorney David Steinkamp and the City of Minneapolis, | |
| Defendants. | |

_____

On or before August 15, 2005, Plaintiff Joseph Johnson shall serve and file a written response to Federal Defendants' Motion to Dismiss, Alternatively for Summary Judgment.

Dated: July 25, 2005

                                                          s/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Judge