UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Joseph Johnson,

       Plaintiff,                           Civil No. 05-159 (RHK/AJB)

vs.                                    **O R D E R**

Special Agent Josh Florell, et al.,

       Defendants.

---

Plaintiff's Motion for Extension of Time to Object to Magistrate's Report and Recommendation (Doc. No. 51) is **GRANTED**; Objections, if any, shall be served and filed no later than December 15, 2005.

Dated: November 29, 2005

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge